UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                          Case No. 23-41333

MICHELLE MONIQUE CEOUX,                         Chapter 7

        Debtor.                                 Judge Thomas J. Tucker
_____/

**ORDER DETERMINING THE AMOUNT OF ATTORNEY FEES THE DEBTOR MUST PAY BASED ON THE COURT'S JUNE 21, 2023 CONTEMPT ORDER, AND JUDGMENT AGAINST THE DEBTOR**

      This case came before the Court on June 21, 2023, for a telephonic hearing on the Chapter 7 Trustee's motion entitled "Motion for Contempt of Court" (Docket # 37, the "Motion"). Confirming action taken by the Court during the hearing, and for the reasons stated on the record by the Court during the hearing, the Court entered an Order on June 21, 2023 (Docket # 44, the "June 21 Order"), finding the Debtor in civil contempt, for failure to fully comply, on a timely basis, with the Court's Order entitled "Order to Produce Documents under Fed. R. Bankr. P. 2004 and for the Extension of Certain Deadlines," filed March 23, 2023 (Docket # 33, the "March 23 Order"). The June 21 Order stated, among other things, that "[t]he Debtor must pay the reasonable attorney fees incurred by the Chapter 7 Trustee in filing and prosecuting the Motion, and in preparing and filing the affidavit filed on May 19, 2023 (Docket # 36). The amount of such reasonable attorney fees will be determined in a future order, and will be determined by the following procedure: . . . ." (June 21 Order, ¶ 7).

      Following the procedure spelled out in the June 21 Order, the Trustee filed his itemization of fees, on June 21, 2023 (Docket # 45, the "Itemization"). The Debtor had until July 19, 2023 to "file any objections or response to the Chapter 7 Trustee's itemization." The Debtor timely filed a response on July 19, 2023 (Docket # 51, the "Response").

      The Court has reviewed the Trustee's Itemization, and the Debtor's Response, and the Court finds and concludes as follows:

A. The fee amount reflected in and supported by the Itemization, in the amount of $2,484.00, is the amount of the reasonable attorney fees incurred by the Chapter 7 Trustee in filing and prosecuting the Motion, and in preparing and filing the affidavit on May 19, 2023 (Docket # 36). The Court finds the work performed, the number of hours, and the hourly rate reflected in the Itemization all to be reasonable.

B. The objections and arguments in the Debtor's Response are unpersuasive, and without merit, and therefore are overruled.

C. Consistent with the June 21 Order, the Court determines that the Debtor should be required to pay to the Trustee $2,484.00, as an appropriate monetary remedy for the Debtor's civil contempt.

Accordingly,

IT IS ORDERED that:

1. The Debtor must pay to the Trustee the sum of $2,484.00. The Debtor must pay such amount no later than August 8, 2023.

2. Judgment is entered in favor of the Chapter 7 Trustee, Michael Stevenson, and against the Debtor, Michelle Monique Ceoux, in the amount stated in paragraph 1 above, namely, $2,484.00. If and to the extent the Debtor does not pay this amount to the Trustee on or before August 8, 2023, the Trustee may seek to collect the unpaid amount by any means permitted by law to collect federal court money judgments.

**Signed on July 24, 2023**

/s/ Thomas J. Tucker
**Thomas J. Tucker
United States Bankruptcy Judge**